No. 4820.

CECILE DUPRÉ, WIFE OF A. HUMPHREYS, VS. ADOLPHE DUPRÉ ET AL.

The plaintiff can not succeed in her attempt to annul a judgment which emancipated her from the liabilities of a minor. The proceedings which she attacks are regular in form, there is no evidence or allegation of fraud in the record, and the parties whom she wishes to affect by obtaining a judgment of nullity were not parties to the judgment which she seeks to annul.

APPEAL from the Parish Court, parish of Jefferson. *Hyman, J. J. Roman* and *C. W. Besançon,* for plaintiff and appellee. *E. Bermudez,* for defendants and appellants.

MORGAN, J. The plaintiff seeks to annul a judgment which emancipated her from the disabilities of a minor. The proceedings which she

attacks are regular in form, and there is no evidence or allegation of fraud in the record or in her petition, and the parties whom she wishes to affect by obtaining a judgment of nullity were not parties to the judgment which she seeks to annul.

It is therefore ordered, adjudged, and decreed that the judgment of the parish court be avoided, annulled, and reversed, and that this suit be dismissed, plaintiff to pay costs in both courts.

Rehearing refused.